**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0589-18T2

MAURO IASPARRI, II,

      Plaintiff-Respondent,

v.

CITY OF JERSEY CITY and
its employees, agents, or servants,
LA FESTA ITALIANA, INC. and
its employees, agents or servants,
HOLY ROSARY CHURCH and
its employees, agents or servants, and
J. FLETCHER CREAMER & SONS
and its employees, agents or
servants,

      Defendants,

and

JERSEY CITY MUNICIPAL
UTILITIES AUTHORITY, and
its employees, agents, or servants,

      Defendants-Appellants.

_____

Submitted December 19, 2019 – Decided December 31, 2019

Before Judges Nugent and DeAlmeida.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Docket No. L-2191-18.

Mindas & Morris, attorneys for appellant (Brendan H. Morris, on the briefs).

John J. Smith, Jr., attorney for respondent.

PER CURIAM

The parties have advised us that this matter has been amicably settled between them and stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2